UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:08-CR-282-F-3

UNITED STATES OF AMERICA

v.  ORDER TO SEAL DOCUMENTS

REGINALD LEE JONES,

    Defendant

---

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed by defendant and designated as DE 679.

So ORDERED this the 30 day of June, 2015.

*James C. Fox*
HONORABLE JAMES C. FOX
SENIOR US DISTRICT JUDGE